Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com

Attorneys for Defendant
JODI BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN CATHEY,<br><br>    Plaintiff,<br><br>v.<br><br>JODI BROWN, CITY OF VALLEJO POLICE OFFICER,<br><br>    Defendant. | Case No. 2:18-CV-00386-JAM AC PS<br><br>**DEFENDANT JODI BROWN'S RESPONSE RE PLAINTIFF'S FAILURE TO OBJECT TO FINDINGS AND RECOMMENDATIONS**<br><br>Hon. John A. Mendez |

Pursuant to Local Rule 304(d), defendant JODI BROWN hereby submits her Response re Plaintiff's Failure to Object to Findings and Recommendations.

On February 20, 2018, plaintiff DESHAWN CATHEY filed a complaint against defendant alleging violations of his civil rights under 42 U.S.C. §1983 arising out of his arrest on April 3, 2014. (Docket No.1.) On May 18, 2018, defendant filed a motion to dismiss plaintiff's complaint. (Docket No. 12.) On July 2, 2018, Magistrate Judge Allison Claire issued Findings and Recommendations wherein she recommended defendant's motion to dismiss be granted and plaintiff's complaint be dismissed with prejudice. (Docket No. 16.)

Pursuant to the provisions of 28 U.S.C. §636(b)(1), the Findings and Recommendations were submitted to the United States District Judge assigned to the case. Per the Findings and

1

DEFENDANT JODI BROWN'S RESPONSE RE PLAINTIFF'S FAILURE TO OBJECT TO FINDINGS AND RECOMMENDATIONS
*CATHEY V. BROWN* U.S.D.C. Eastern District Court Case No. 2:18-CV-00386-JAM AC PS

Recommendations and Local Rule 304(b), plaintiff was permitted to file written objections with the court within 21 days after being served with the Findings and Recommendations. Plaintiff's objections, if any there were, were therefore due on July 23, 2018. To date, plaintiff has not filed or served objections to the Findings and Recommendations.

Having received no objections, defendant respectfully requests that the court issue an order confirming the Findings and Recommendations and dismiss plaintiff's complaint with prejudice.

Dated: August 2, 2018                                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/ *Richard W. Osman*
Richard W. Osman
Sheila D. Crawford
Attorneys for Defendant
JODI BROWN

2

DEFENDANT JODI BROWN'S RESPONSE RE PLAINTIFF'S FAILURE TO OBJECT TO FINDINGS AND RECOMMENDATIONS
*CATHEY V. BROWN* U.S.D.C. Eastern District Court Case No. 2:18-CV-00386-JAM AC PS

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of San Francisco, California; I am over the age of 18 years and not a party to the within cause; and my business address is 2749 Hyde Street, San Francisco, California 94109.

I am readily familiar with the practice of Bertrand, Fox, Elliot, Osman & Wenzel with respect to the collection and processing of pleadings, discovery documents, motions and all other documents which must be served upon opposing parties or other counsel in litigation. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

On **August 2, 2018**, I served the following document(s):

**DEFENDANT JODI BROWN'S RESPONSE RE PLAINTIFF'S FAILURE TO OBJECT TO FINDINGS AND RECOMMENDATIONS**

on the following interested parties:

**Deshawn Cathey**                         *Attorney for Plaintiff*
P.O. Box 4575
Vallejo CA 94590

Said service was performed in the following manner:

☑   **BY U.S. POSTAL SERVICE (Mail):** I placed each such document in a sealed envelope addressed at noted above, with first-class mail postage thereon fully prepaid, for collection and mailing at San Francisco, California, following the above-stated business practice, on this date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed **August 2, 2018**, at San Francisco, California.

/s/Doris L. Corpus
Doris L. Corpus

§